**Official Form 1 (10/06)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Restaurant Development Group, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-3885613** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1840 Pickwick Ave.**<br>**Glenview, IL**       ZIP Code **60026** | Street Address of Joint Debtor (No. and Street, City, and State):       ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):       ZIP Code | Mailing Address of Joint Debtor (if different from street address):       ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**       *** JEFFREY C. DAN 06242750 ***       THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ■ $0 to $10,000 | ☐ $10,001 to $100,000 | ☐ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (10/06) FORM B1, Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Restaurant Development Group, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (10/06) — FORM B1, Page 3

| **Voluntary Petition** | Name of Debtor(s): **Restaurant Development Group, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney

X **/s/ JEFFREY C. DAN**
Signature of Attorney for Debtor(s)

**JEFFREY C. DAN 06242750**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Address

**312-641-6777**
Telephone Number

**January 12, 2007**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Roger Greenfield**
Signature of Authorized Individual

**Roger Greenfield**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 12, 2007**
Date

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Restaurant Development Group, Inc.**                                           Case No.
                                               Debtor(s)                                Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    **58**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **January 12, 2007**              **/s/ Roger Greenfield**
                                           **Roger Greenfield**/**President**
                                           Signer/Title

1530 S. State, LLC
A/C South City Tavern
40 Cutter Mill Rd., #201
Great Neck, NY 11021

Chaet Kaplan Baim
30 N. LaSalle, #1520
Chicago, IL 60602

Eastern Shore Town Centre I, LLC
5710 LBJ Freeway Suite 450
Dallas, TX 75240

600 Grant Street, Assoc., L.P.
600 Grant Street
Pittsburgh, PA 15219

City Center Retail Limitied
11 S. LaSalle St., Suite 3700
Chicago, IL 60602

Edgar Bloominfeld
134 N. LaSalle, Suite 1920
Chicago, IL 60602

AA Signs
1800 Union Avenue
Baltimore, MD 21211

Clarion Realty Services
Attn: General Manager
209 S. LaSalle Street
Chicago, IL 60604

Emily J. Jackson
37 W. Borad Street, #950
Columbus, OH 43215

Aaron & Trecker
100-C Oakwood Road
Lake Zurich, IL 60047

Crescent HC Investors
1200 McKinney St., Suite 545
Houston, TX 77010

Eric Ferlerger
Ferlerger & Associates
29 S. LaSalle St., Suite 300
Chicago, IL 60603

ABC Party & Tent Rental
800 S. Hanover Street
Baltimore, MD 21230

Crescent HC Investors
777 Main Street, #2100
Fort Worth, TX 76102

FGR Dilworth, LLC
c/o Latta Pavilion, LLC
1244 E. Boulevard
Charlotte, NC 28203

Abrams & Abrams
75 E. Wacker, #320
Chicago, IL 60601

Daniel P. Casale
135 S. LaSalle St., Suite 2500
Chicago, IL 60603

FGR Dilworth, LLC,
Fortis Benefits Insurance co.,
One Chase Manhattan Plaza 41st F
New York, NY 10005

ADT
PO Box 371994
Pittsburgh, PA 15250-7994

Deerfield Town Center, LLC
c/o Don Casto Organization
191 W. Nationwide Blvd., #200
Columbus, OH 43215

Gerald Lurie
DLA Piper Rudnick
203 N. LaSalle St., Suite 1800
Chicago, IL 60601

Alphagraphics
154 W. Hubbard
Chicago, IL 60610

DMX Music
2155 Stonington Ave.
Suite 11
Schaumburg, IL 60195

Hospitality Solutions
6405 Congress Ave., Suite 120
Boca Raton, FL 33467

Center Point Energy
PO Box 1297
Minneapolis, MN 55401

Duquesne Light Company
Payment Processing Center
Pittsburgh, PA 15267-0001

Icon Printing d/b/a Sir Speedy
18 W. Hubbard
Chicago, IL 60610

Chaet Kaplan Baim
30 N. LaSalle St., Suite 1520
Chicago, IL 60602

Eanet, Inc, ta AA Signs
1800 Union Ave.
Baltimore, MD 21211

J. Matthew Goodin
Lord Bissel & Brook
111 S. Wacker
Chicago, IL 60606

John Zummo
Katten Muchin Rosenman
525 W. Monroe, Suite 1900
Chicago, IL 60661

Jonathan Cyrluk
Stetler and Duffey
11 S. LaSalle, Suite 1200
Chicago, IL 60603

Kopesky, Britt & Norton
PO Box 1138
Fairhope, AL 36533

LaSalle Bank
135 S. LaSalle, Suite 925
Chicago, IL 60603

Law Offices Barry Serota & Assoc.
P.O. Box 1008
Arlington Heights, IL 60006

Mark O'Brien
Bronson & Kahn
150 N. Wacker St., Suite 1400
Chicago, IL 60606

Michael Weis
PO Box 1166
Northbrook, IL 60065

Natalie Rzepka
Tischler & Wald
200 S. Wacker, Suite 3000
Chicago, IL 60606

Neal Gerber & Eisenberg
Attn: David R. Schenk
2 N. LaSalle St., Suite 2100
Chicago, IL 60602

Newton & Associates
PO Box 8510
Metairie, LA 70011-8510

Nextel
PO Box 4191
Carol Stream, IL 60197-4191

Qwest
PO Box 91104
Seattle, WA 98111-9204

Rodockers Architectural Security Co
807 Timberlake Trail Fort
Fort Wayne, IN 46804

Roger Greenfield
555 Waters Edge Ct.
Northbrook, IL 60062

Scottsdale Fashion Square Ptnrshp
1141 North Tatum Blvd.
Phoenix, AZ 85028

Scottsdale Fashion Square Ptnrshp.
7014-590 E. Camelback Road
Scottsdale, AZ 85251

Service Check, Inc.
300 Foam St.
Monterey, CA 93940

Sixth & Nicollett, LLC
50 S. 6th Street, Suite 1420
Minneapolis, MN 55402

Stored Value Systems
Lockbox 3802
3802 Reliable Parkway
Chicago, IL 60686-0038

Teller, Levit & Silvertrust
11 E. Adams Street
Chicago, IL 60603

Teller, Levit & Silvertrust
11 E. Adams Street
Chicago, IL 60603

The Dispatch Printing Co.
The Columbus Dispatch
34 South 3rd Street
Columbus, OH 43216

The Rookery LLC
c/o Clarion Partners Attn:Asset Mgr
335 Madison Ave.
New York, NY 10017

Theodore Kasemir
1920 Keats Lane
Highland Park, IL

Verizon
PO Box 646
Baltimore, MD 21265-0646

Voss, Michaels, Lee & Assoc.
PO Box 1829
Holland, MI 49422-1829

Weltman, Weinberg & Reis
10 S. LaSalle, Suite 900
Chicago, IL 60603

William Dorsey
Katten Muchin Rosenman
525 W. Monroe, Suite 1900
Chicago, IL 60661