UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| RESTAURANT DEVELOPMENT GROUP, INC. | § § | Case No. 07-00592 |
| | § | Hon. Jack B. Schmetterer |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GUS A. PALOIAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF THE COURT
        UNITED STATE BANKRUPTCY COURT
        219 S. DEARBORN STREET
        CHICAGO, IL 60606

    Any person wishing to object to any fee application that has not already been approved, or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged, and the United State Trustee. A hearing on the fee applications and any objection to the Final Report will be held at: 10:30 a.m. CST on Thursday, November 18, 2010

        United States Bankruptcy Court
        COURTROOM 682
        219 S. Dearborn Street
        Chicago, IL 60606

Date Mailed: _____     By: Kenneth S. Gardner_____


GUS A. PALOIAN, TRUSTEE
131 S. DEARBORN
SUITE 2400
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
RESTAURANT DEVELOPMENT § Case No. 07-00592
GROUP, INC.
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,630,702.43 |
| and approved disbursements of | $ | 5,561,965.00 |
| leaving a balance on hand of[1] | $ | 3,068,737.43 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: GUS A. PALOIAN, TRUSTEE | $   122,103.69 | $   0.00 |
| Attorney for trustee: SEYFARTH SHAW LLP | $   17,658.00 | $   662.86 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: POPOWCER KATTEN, LTD. | $   15,469.50 | $   0.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,293,152.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 45.8 percent*.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | EANET INC. | $ 8,701.53 | $ 2,462.43 |
| 000002 | FAX FOODS | $ 7,570.37 | $ 2,142.33 |
| 000003 | SERVICE CHECK INC. | $ 94,054.34 | $ 26,616.30 |

* Total dividend is anticipated to be 45.8%, including prior interim distribution

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | 1530 SOUTH STATE, LLC | $ 108,377.35 | $ 30,669.54 |
| 000005 | AARON & TRECKER | $ 3,707.00 | $ 1,049.03 |
| 000008 | SCOTTSDALE FASHION SQUARE LLC | $ 2,930,714.41 | $ 829,358.34 |
| 000010 | DEERFILED TOWNE CENTER HOLDING COMPANY | $ 646,402.55 | $ 182,924.46 |
| 000011 | THE ROOKERY LLC | $ 732,277.86 | $ 207,226.18 |
| 000012 | CITICORP VENDOR FINANCE | $ 52,400.49 | $ 14,828.73 |
| 000013 | CitiCorp Vendor Finance | $ 0.00 | $ 0.00 |
| 000014 | The Robert Colman Trust | $ 0.00 | $ 0.00 |
| 000015 | ABSOLUTELY FRESH SEAFOOD | $ 20,239.69 | $ 5,727.60 |
| 000016 | CRESCENT HC INVESTORS | $ 650,154.29 | $ 183,986.15 |
| 000017 | VV2 Geneva Commons, LP | $ 0.00 | $ 0.00 |
| 000018 | VV2 Geneva Commons, LP | $ 0.00 | $ 0.00 |
| 000019 | DICK CLARK RESTAURANTS, INC. | $ 571,105.52 | $ 161,616.27 |
| 000020 | 600 GS PROP LP | $ 1,356,709.99 | $ 383,933.26 |
| 000021 | FGR DILWORTH, LLC | $ 525,830.14 | $ 148,803.87 |
| 000022 | SIXTH & NICOLLETT, LLC | $ 165,122.34 | $ 46,727.71 |
| 000023 | Roger Greenfield | $ 0.00 | $ 0.00 |
| 000024 | Theodore Kasemir | $ 0.00 | $ 0.00 |
| 000025 | NWD ARENA DISTRICT II LLC | $ 682,136.40 | $ 193,036.72 |
| 000026 | DP8LLC (DIAMOND PROPERTIES) | $ 805,429.00 | $ 227,927.10 |
| 000029 | DANIEL P. CASALE | $ 636,930.00 | $ 180,243.84 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000030 | CITY CENTER RETAIL LIMITED PARTNERSHIP I | $ 295,289.52 | $ 83,563.52 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000027 | Theodore Kasemir | $ 0.00 | $ 0.00 |
| 000028 | Roger Greenfield | $ 0.00 | $ 0.00 |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/

GUS A. PALOIAN, TRUSTEE
131 S. DEARBORN
SUITE 2400
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vrowe                  Page 1 of 3                   Date Rcvd: Oct 18, 2010
Case: 07-00592                 Form ID: pdf006              Total Noticed: 92

The following entities were noticed by first class mail on Oct 20, 2010.
db           +Restaurant Development Group, Inc.,   1840 Pickwick Ave.,   Glenview, IL 60026-1307
aty          +Charles S Riecke,   Seyfarth Shaw,   131 S. Dearborn Street,   Suite 4200,
               Chicago, IL 60603-5517
aty          +Daniel F Lynch,   Lynch & Stern LLP,   150 S Wacker Dr Suite 2600,   Chicago, IL 60606-4202
aty          +David K Welch,   Crane Heyman Simon Welch & Clar,   135 S Lasalle St,   Suite 3705,
               Chicago, IL 60603-4101
aty          +Gus A Paloian,   Seyfarth Shaw LLP,   131 S. Dearborn Street,   Suite 2400,
               Chicago, IL 60603-5863
aty          +Jeffrey C Dan,   Crane Heyman Simon Welch & Clar,   135 S Lasalle St Ste 3705,
               Chicago, IL 60603-4101
aty           Jonathan M. Cyrluk,   Stetler & Duffy Ltd.,   11 S. LaSalle Street,   Suite 1200,
               Chicago, IL 60603
aty          +Norman B Newman,   Much Shelist Freed Denenberg,   191 North Wacker Drive Ste 1800,
               Chicago, IL 60606-1631
aty          +Sara E Lorber,   Seyfarth Shaw LLP,   131 S. Dearborn Street,   Suite 2400,
               Chicago, IL 60603-5863
tr           +Gus A Paloian,   Seyfarth, Shaw, Et Al,   131 South Dearborn Street,   Suite 2400,
               Chicago, IL 60603-5863
11106316     +1530 S. State, LLC,   A/C South City Tavern,   40 Cutter Mill Rd., #201,
               Great Neck, NY 11021-3213
11106317     +600 Grant Street Associates Limited Partnership,   600 Grant Street, Suite 3050,
               Winthrop Mangement LP,   Pittsburgh, PA 15219-2713
13034682     +600 Grant Street Associates Ltd Partnership,   c/o Winthrop Management L.P.,   600 Grant Street,
               Pittsburgh, PA 15219-2702
11106320     +ABC Party & Tent Rental,   800 S. Hanover Street,   Baltimore, MD 21230-3902
11106322      ADT,   PO Box 371994,   Pittsburgh, PA 15250-7994
11106319     +Aaron & Trecker,   100-C Oakwood Road,   Lake Zurich, IL 60047-1524
11570963     +Absolutely Fresh Seafood,   1727 Leavenworth Street,   Omaha, NE 68102-3142
11106323     +Alphagraphics,   154 W. Hubbard,   Chicago, IL 60654-4552
11106324     +Center Point Energy,   PO Box 1297,   Minneapolis, MN 55440-1297
11106325     +Chaet Kaplan Baim,   30 N. LaSalle St., Suite 1520,   Chicago, IL 60602-3387
11106326     +Chaet Kaplan Baim,   30 N. LaSalle, #1520,   Chicago, IL 60602-3387
11549430      CitiCorp Vendor Finance,   2nd Floor South Bldg,   Irving, TX  75063
11106327     +City Center Retail LTD Partnerhsip I,   c/o J Matthew Goodin Lord Bissell & Broo,
               111 S Wacker Drive,   Chicago, IL 60606-4302
12610045     +City Center Retail Limited Partnership I,   c/o J. Matthew Goodin,
               Locke Lord Bissell & Liddell LLP,   111 S. Wacker Dr.,   Chicago, IL 60606-4302
11106328     +Clarion Realty Services,   Attn: General Manager,   209 S. LaSalle Street,
               Chicago, IL 60604-1219
11448270     +Clive D Kamins,   Bronson & Kahn LLC,   150 N Wacker Drive,   Chicago, IL 60606-1611
11571326     +Crescent HC Investors,   1200 McKinney Street,   Suite 545,   Houston, TX 77010-2032
11106329     +Crescent HC Investors,   c/o Brian L. Shaw,   321 N. Clark St, #800,
               Chicago, Illinois 60654-4766
11106330     +Crescent HC Investors,   777 Main Street, #2100,   Fort Worth, TX 76102-5366
11106333     +DMX Music,   2155 Stonington Ave.,   Suite 11,   Schaumburg, IL 60169-2039
11590486     +DP8LLC (Diamond Properties),   Diamond Properties,   632 Vine Street, Suite 1005,
               Cincinnati, OHio 45202-2444
11642031     +Danel P Casale u/t #01-4328,   c/o Eril P Ferleger Atty,   1771 C Dewes St,
               Glenview, IL 60025-4385
11106331     +Daniel P. Casale,   135 S. LaSalle St., Suite 2500,   Chicago, IL 60603-4177
11362655      David A Shapiro,   Clive D Kamins,Bronson & Kahn,   1530 South State LLC,   Chicago,IL 60606
11696650     +David A Shapiro Esq,   Clive D Kamins Esq,   Bronson & Kahn LLC,
               150 North Wacker Drive Suite 1400,   Chicago, IL 60606-1634
11106332     +Deerfield Town Center, LLC,   c/o Don Casto Organization,   191 W. Nationwide Blvd., #200,
               Columbus, OH 43215-2558
11515082     +Deerfield Towne Center Holding Company,   c/o Ralph E Dill,   Harris McClellan, Binau & Cox,
               37 W Broad St Suite 950,   Columbus, OH 43215-4159
11106335    +++Eanet Inc,   Michael Weis,   PO Box 1166,   Northbrook, IL 60065-1166
11106336     +Eastern Shore Town Centre I, LLC,   5710 LBJ Freeway Suite 450,   Dallas, TX 75240-6350
11106337     +Edgar Bloominfeld,   134 N. LaSalle, Suite 1920,   Chicago, IL 60602-1102
11106338     +Emily J. Jackson,   37 W. Borad Street, #950,   Columbus, OH 43215-4159
11434098     +FAX Foods,   c/o Teller, Levit & Silvertrust,   11 East Adams - Suite 800,
               Chicago, IL 60603-6324
11106340     +FGR Dilworth, LLC,   c/o Latta Pavilion, LLC,   1244 E. Boulevard,   Charlotte, NC 28203-5708
11588773     +FGR Dilworth, LLC,   1523 Elizabeth Ave, Ste 220,   Charlotte, NC 28204-2535
11106341     +FGR Dilworth, LLC,,   Fortis Benefits  Insurance co.,,   One Chase Manhattan Plaza 41st FL,
               New York, NY 10005-1420
11106342     +Gerald Lurie,   DLA Piper Rudnick,   203 N. LaSalle St., Suite 1800,   Chicago, IL 60601-1264
11496821      Harris county et al,   John P Dillman,   Linebarger Goggan Blair & Sampson LLP,   POB 3064,
               Houston, TX  77253-3064
11106343     +Hospitality Solutions,   6405 Congress Ave., Suite 120,   Boca Raton, FL 33487-2861
11106344     +Icon Printing d/b/a Sir Speedy,   18 W. Hubbard,   Chicago, IL 60654-4606
11191432     +J Matthew Goodin,   Lord Bissell & Brook LLP,   111 S Wacker Drive,   Chicago, IL 60606-4410
11106345     +J. Matthew Goodin,   Lord Bissel & Brook,   111 S. Wacker,   Chicago, IL 60606-4410
11106346     +John Zummo,   Katten Muchin Rosenman,   525 W. Monroe, Suite 1900,   Chicago, IL 60661-3693
11106347      Jonathan Cyrluk,   Stetler and Duffey,   11 S. LaSalle, Suite 1200,   Chicago, IL 60603
11160887     +Katten Muchin Rosenman LLP,   C/O Thomas J Leanse,   2029 Century Park East, Suite 2600,
               Los Angeles, California 90067-3012
11106348     +Kopesky, Britt & Norton,   PO Box 1138,   Fairhope, AL 36533-1138
11106349     +LaSalle Bank,   135 S. LaSalle, Suite 925,   Chicago, IL 60603-4177
11106350     +Law Offices Barry Serota & Assoc.,   P.O. Box 1008,   Arlington Heights, IL 60006-1008
11496812      Linebarger Goggan Blair & Sampson LLP,   POB 3064,   Houston, TX  77253-3064
11106351     +Mark O'Brien,   Bronson & Kahn,   150 N. Wacker St., Suite 1400,   Chicago, IL 60606-1634
```

```
District/off: 0752-1          User: vrowe                   Page 2 of 3                   Date Rcvd: Oct 18, 2010
Case: 07-00592                Form ID: pdf006               Total Noticed: 92

11106352      +Michael Weis,   PO Box 1166,   Northbrook, IL 60065-1166
11590470      +NWD Arena District II LLC,   c/o Tyson A Crist,   Schottenstein, Zox & Dunn Co LPA,
                250 West Street,   Columbus, OH 43215-7513
11106353      +Natalie Rzepka,   Tischler & Wald,   200 S. Wacker, Suite 3000,   Chicago, IL 60606-5815
11106354      +Neal Gerber & Eisenberg,   Attn: David R. Schenk,   2 N. LaSalle St., Suite 2100,
                Chicago, IL 60602-3801
11106355       Newton & Associates,   PO Box 8510,   Metairie, LA 70011-8510
11106356       Nextel,   PO Box 4191,   Carol Stream, IL 60197-4191
11106358      +Rodockers Architectural Security Co,   807 Timberlake Trail Fort,   Fort Wayne, IN 46804-5933
11106359      +Roger Greenfield,   555 Waters Edge Ct.,   Northbrook, IL 60062-2741
11589122      +Roger Greenfield,   c/o Crane, Heyman, Simon, Welch & Clar,   135 S. LaSalle St., Suite 3705,
                Chicago, IL 60603-4101
11487036      +Scottsdale Fashion Square LLC,   C/O Thomas J Leanse Esq,   Katten Muchin Rosenman LLP,
                2029 Century Park East Suite 2600,   Los Angeles, CA 90067-3012
11106360       Scottsdale Fashion Square Ptnrshp,   1141 North Tatum Blvd.,   Phoenix, AZ 85028
11106361      +Scottsdale Fashion Square Ptnrshp.,   7014-590 E. Camelback Road,   Scottsdale, AZ 85251-1235
11106362      +Service Check, Inc.,   300 Foam St.,   Monterey, CA 93940-7502
11106363     +++Sixth & Nicollett, LLC,   Katten Muchin Rosenman,   525 West Monroe St,   Chicago, IL 60661-3693
11106364       Stored Value Systems,   Lockbox 3802,   3802 Reliable Parkway,   Chicago, IL 60686-0038
11106365      +Teller, Levit & Silvertrust,   11 E. Adams Street,   Chicago, IL 60603-6369
11106367      +The Dispatch Printing Co.,   The Columbus Dispatch,   34 South 3rd Street,
                Columbus, OH 43215-4241
11567272      +The Robert Colman Trust,   610 Santa Monica Blvd, #215,   Santa Monica, CA 90401-1647
11526205       The Rookery LLC,   Gerald Lurie,   DLA Piper US LLP,   203 North LaSalle Street Ste 1800,
                Chicago, IL 60601-1264
11106368      +The Rookery LLC,   c/o Clarion Partners Attn:Asset Mgr,   335 Madison Ave.,
                New York, NY 10017-4611
11589167      +Theodore Kasemir,   c/o Crane, Heyman, Simon, Welch & Clar,   135 S. LaSalle St., Suite 3705,
                Chicago, IL 60603-4101
11106369      +Theodore Kasemir,   1920 Keats Lane,   Highland Park, IL 60035-1628
11589150      +Theodore Kasimr,   c/o Crane, Heyman, Simon, Welch & Clar,   135 S. LaSalle St., Suite 3705,
                Chicago, IL 60603-4101
11574159      +VV2 Geneva Commons, LP,   c/o Robert D. Tepper,   Schenk, Annes, Brookman & Tepper, Ltd.,
                311 South Wacker Drive, Suite 5125,   Chicago, IL 60606-6657
11106371       Voss, Michaels, Lee & Assoc.,   PO Box 1829,   Holland, MI 49422-1829
11106372      +Weltman, Weinberg & Reis,   10 S. LaSalle, Suite 900,   Chicago, IL 60603-1016
11106373      +William Dorsey,   Katten Muchin Rosenman,   525 W. Monroe, Suite 1900,   Chicago, IL 60661-3693
11578970      +dick clark restaurants, inc.,   c/o Richard A. Wohlleber,   Chapman and Cutler LLP,
                111 W. Monroe St.,   Chicago, IL 60603-4080
The following entities were noticed by electronic transmission on Oct 18, 2010.
11106318      +E-mail/Text: alan@aasigns.com                           AA Signs,   1800 Union Avenue,
                Baltimore, MD 21211-1419
11106334       E-mail/Text: DQENOTICES@BERNSTEINLAW.COM                           Duquesne Light Company,
                Payment Processing Center,   Pittsburgh, PA 15267-0001
11194363      +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM                           Duquesne Light Company,
                James Wallace,   The Gulf Tower 38th Floor,   707 Grant Street,   Pittsburg, PA 15219-1908
11106357       E-mail/Text: bklaw@qwest.com                           Qwest,   PO Box 91104,
                Seattle, WA 98111-9204
11106370       E-mail/PDF: bankruptcyverizoncom@afni.com Oct 19 2010 01:07:11      Verizon,   PO Box 646,
                Baltimore, MD 21265-0646
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11696648*     +J Matthew Goodin,   Lord Bissell & Brook LLP,   111 S Wacker Drive,   Chicago, IL 60606-4410
11106366*     +Teller, Levit & Silvertrust,   11 E. Adams Street,   Chicago, IL 60603-6369
11106321    ##+Abrams & Abrams,   75 E. Wacker, #320,   Chicago, IL 60601-3740
11106339    ##+Eric Ferlerger,   Ferlerger & Associates,   29 S. LaSalle St., Suite 300,
                Chicago, IL 60603-1502
                                                                                               TOTALS: 0, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: vrowe            Page 3 of 3              Date Rcvd: Oct 18, 2010
Case: 07-00592                Form ID: pdf006        Total Noticed: 92

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 20, 2010**          **Signature:**    _Joseph Speetjens_