# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE: Restaurant Development )
)
) **Bankruptcy No.** 07 B 00592
)
**Debtor(s)** )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above-captioned case for status on   April 28, 2011 at 10:30 a.m.   In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois.  The Chapter 7 Trustee, Gus A. Paloian  is ordered to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: March 31, 2011

In re: Restaurant Development Group, Inc.
Bankruptcy No. 07 B 00592

### CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on March 31, 2011, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

David K Welch
Crane Heyman Simon Welch & Clar
135 S Lasalle St
Suite 3705
Chicago, IL 60603

*Trustee*
Gus A Paloian
Seyfarth, Shaw, Et Al
131 South Dearborn Street
Suite 2400
Chicago, IL 60606

U.S. Trustee
Patrick S. Layng
Office of the U.S. Trustee,
Region 11
219 South Dearborn St.
Room 873
Chicago, IL 60604

### Served through First Clasee Mail