# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
RESTAURANT DEVELOPMENT                    §        Case No. 07-00592
GROUP, INC.                               §
                                          §
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GUS A. PALOIAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GUS A. PALOIAN, TRUSTEE _____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | LINEBARGER GOGGAN BLAIR & SAMPSON L | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE | | | | | |
| GUS A. PALOIAN, TRUSTEE | | | | | |
| GUS A. PALOIAN, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| SEYFARTH SHAW LLP | | | | | |
| SEYFARTH SHAW LLP | | | | | |
| SEYFARTH SHAW LLP | | | | | |
| SEYFARTH SHAW LLP | | | | | |
| SEYFARTH SHAW LLP | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SEYFARTH SHAW LLP | | | | | |
| SEYFARTH SHAW LLP | | | | | |
| LYNCH AND STERN LLP AND | | | | | |
| LYNCH & STERN AND | | | | | |
| LYNCH & STERN AND STETLER & DUFFY | | | | | |
| LYNCH & STERN LLP | | | | | |
| LYNCH & STERN LLP AND | | | | | |
| LYNCH & STERN LLP AND | | | | | |
| LYNCH & STERN LLP AND | | | | | |
| LYNCH & STERN LLP AND | | | | | |
| LYNCH & STERN LLP AND STETLER & | | | | | |
| LYNCH & STERN, LLP | | | | | |
| LYNCH & STERN, LLP AND | | | | | |
| LYNCH AND STERN LLP AND | | | | | |
| STETLER & DUFFY, LTD. | | | | | |
| STETLER & DUFFY, LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LYNCH & STERN LLP | | | | | |
| LYNCH & STERN, LLP | | | | | |
| STETLER & DUFFY, LTD | | | | | |
| STETLER AND DUFFY, LTD. | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000031 | INTERNAL REVENUE SERVICE | | | | | |
| 000031A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AA Signs | | | | | |
| | ABC Party & Tent Rental | | | | | |
| | ADT | | | | | |
| | Abrams & Abrams | | | | | |
| | Algonquin Commons, LLC | | | | | |
| | Alphagraphics | | | | | |
| | Center Point Energy | | | | | |
| | Chaet Kaplan Balm | | | | | |
| | Clarion Realty Service | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Continental Galleria, LP | | | | | |
| | DMX Music | | | | | |
| | Deerfield Village, LLC | | | | | |
| | Duquesne Light Company | | | | | |
| | Earnet, Inc. ta AA Signs | | | | | |
| | Eastern Shore Town Center I, LLC | | | | | |
| | Edgar Bloominfeld | | | | | |
| | Emily J. Jackson | | | | | |
| | Eric Ferlerger | | | | | |
| | Geneva Retail Company LLC | | | | | |
| | Gerald Lurie | | | | | |
| | Herring-Mabis I, LLC | | | | | |
| | Hospitality Solutions | | | | | |
| | Icon Printing d/b/a Sir Speedy | | | | | |
| | J. Matthew Goodin | | | | | |
| | John Zummo | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jonathan Cyrluk | | | | | |
| | Kopesky, Britt & Norton | | | | | |
| | L&B One Pacific Place, Inc. | | | | | |
| | LaSalle Bank | | | | | |
| | Law Office of Barry Serota & Assoc. | | | | | |
| | Mark O'Brien | | | | | |
| | Michael Weis | | | | | |
| | Natalie Rzepka | | | | | |
| | Neal Gerber & Eisenberg | | | | | |
| | Newton & Associates | | | | | |
| | Nextel | | | | | |
| | OliverMcMilan Glenview LLC | | | | | |
| | Omaha Downtown Lodging Investors | | | | | |
| | Qwest | | | | | |
| | Rodockers Architectural Security Co. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Stored Value Systems | | | | | |
| | Teller, Levit & Silvertrust (for Fax Foods) | | | | | |
| | Teller, Levit & Silvertrust (for National Linen) | | | | | |
| | The Dispatch Printing Co. | | | | | |
| | The Rookery LLC | | | | | |
| | The Waterfront Partners, LLC | | | | | |
| | Verizon | | | | | |
| | Voss, Michaels, Lee & Assoc. | | | | | |
| | Weltman, Weinberg & Reis | | | | | |
| | William Dorsey | | | | | |
| 000004 | 1530 SOUTH STATE, LLC | | | | | |
| 000020 | 600 GS PROP LP | | | | | |
| 000005 | AARON & TRECKER | | | | | |
| 000015 | ABSOLUTELY FRESH SEAFOOD | | | | | |
| 000001 | BELLMORE PARTNERS, INC. AS ASSIGNEE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | CITICORP VENDOR FINANCE | | | | | |
| 000013 | CITICORP VENDOR FINANCE | | | | | |
| 000030 | CITY CENTER RETAIL LIMITED PARTNERS | | | | | |
| 000006 | CITY CENTER RETAIL LTD PARTNERHSIP | | | | | |
| 000007 | CITY CENTER RETAIL LTD PARTNERHSIP | | | | | |
| 000016 | CRESCENT HC INVESTORS | | | | | |
| 000029 | DANEL P CASALE U/T #01-4328 | | | | | |
| 000010 | DEERFIELD TOWNE CENTER HOLDING COMP | | | | | |
| 000019 | DICK CLARK RESTAURANTS, INC. | | | | | |
| 000026 | DP8LLC (DIAMOND PROPERTIES) | | | | | |
| 000002 | FAX FOODS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000021 | FGR DILWORTH, LLC | | | | | |
| 000025 | NWD ARENA DISTRICT II LLC | | | | | |
| 000023 | ROGER GREENFIELD | | | | | |
| 000008 | SCOTTSDALE FASHION SQUARE LLC | | | | | |
| 000003 | SERVICE CHECK INC. | | | | | |
| 000022 | SIXTH & NICOLLETT, LLC | | | | | |
| 000014 | THE ROBERT COLMAN TRUST | | | | | |
| 000011 | THE ROOKERY LLC | | | | | |
| 000024 | THEODORE KASEMIR | | | | | |
| 000017 | VV2 GENEVA COMMONS, LP | | | | | |
| 000018 | VV2 GENEVA COMMONS, LP | | | | | |
| 000028 | ROGER GREENFIELD | | | | | |
| 000027 | THEODORE KASEMIR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:  1

| | |
|---|---|
| Case No: | 07-00592   JBS   Judge: JACK B. SCHMETTERER |
| Case Name: | RESTAURANT DEVELOPMENT GROUP, INC. |
| For Period Ending: 05/17/11 | |

| | |
|---|---|
| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Date Filed (f) or Converted (c): | 01/12/07 (f) |
| 341(a) Meeting Date: | 02/12/07 |
| Claims Bar Date: | 09/04/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LITIGATION (u) | 0.00 | Unknown | | 0.00 | FA |
| 2. LEE ZABEN SETTLEMENT FUNDS, Adv. 07-A-937 (u) | 0.00 | 50,000.00 | | 50,000.00 | FA |
| 3. SETTLEMENT FUNDS--Adversary 08-A-137 (u) | 0.00 | 100,000.00 | | 100,000.00 | FA |
| 4. Discovery Sanctions (u) | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 5. SETTLEMENT FUNDS (u) | 0.00 | 457,505.54 | | 457,505.54 | FA |
| 6. SETTLEMENT FUNDS (u) | 0.00 | 3,700,000.00 | | 3,700,000.00 | FA |
| 7. SETTLEMENT FUNDS (u) | 0.00 | 4,125,000.00 | | 4,317,998.08 | FA |
| 8. WITNESS FEE PAYMENT (u) | 0.00 | 25.00 | | 25.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3,354.58 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $0.00 | $8,434,530.54 | | $8,630,883.20 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Final Report was filed on October 15, 2010.  Distribution to creditors was made on December 16, 2010.  As of

December 31, 2010, waiting for zero bank balance.

RE PROP# 1---PALOIAN V. GREENFIELD, ET AL.; CASE NO. 07-937

RE PROP# 2---RECEIVED FROM WILMINGTON TRUST ON BEHALF OF SETTLEMENT WITH ROGER GREENFIELD (LEE ZABEN)

RE PROP# 3---RECEIVED FROM T. FALKENBERG RE SETTLEMENT OF RDG BANKRUPTCY ESTATE V. SCHNEIDER, CAPURO

RE PROP# 4---Per Agreed Order on Motion to Compel Discovery

RE PROP# 5---WIRE FUNDS RECEIVED FROM HARRIS BANK ON BEHALF OF ATTORNEY DEFENDANTS (FROZEN FUNDS)

RE PROP# 6---PURSUANT TO SETTLEMENT AGREEMENT AND CONSENT DECREE ENTERED ON 4/27/09 (WITH ATTORNEY DEFENDANTS)

RE PROP# 7---PURSUANT TO SETTLEMENT WITH SETTLING DEFENDANTS (ADVERSARY NO. 07-937)

    ORDER ENTERED 3/25/2009

RE PROP# 8---WITNESS FEE PAYMENT TO GUS A. PALOIAN RE: GREENFIELD V DEMBO

LFORM1

Ver: 16.02b

Exhibit 8

| Case No: | 07-00592 | JBS | Judge: JACK B. SCHMETTERER |
|---|---|---|---|
| Case Name: | RESTAURANT DEVELOPMENT GROUP, INC. | | |

| | |
|---|---|
| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Date Filed (f) or Converted (c): | 01/12/07 (f) |
| 341(a) Meeting Date: | 02/12/07 |
| Claims Bar Date: | 09/04/07 |

Initial Projected Date of Final Report (TFR): 12/31/08　　　Current Projected Date of Final Report (TFR): 12/31/10

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 07-00592 -JBS |
| Case Name: | RESTAURANT DEVELOPMENT GROUP, INC. |
| | |
| Taxpayer ID No: | *******5613 |
| For Period Ending: | 05/17/11 |

| | |
|---|---|
| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4219  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

**Exhibit 9**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/08/08 | 2 | ROGER GREENFIELD | SETTLEMENT | 1249-000 | 50,000.00 | | 50,000.00 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 5.79 | | 50,005.79 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 6.35 | | 50,012.14 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 6.15 | | 50,018.29 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 6.35 | | 50,024.64 |
| 08/04/08 | 3 | CNA/UNDERWRITTEN BY CONTINENTAL CASUALTY COMPANY | SETTLEMENT FUNDS (RDG V. SCHNEIDER, | 1249-000 | 100,000.00 | | 150,024.64 |
| 08/08/08 | | Transfer to Acct #*******4222 | Bank Funds Transfer | 9999-000 | | 17,500.00 | 132,524.64 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 14.85 | | 132,539.49 |
| 09/05/08 | | Transfer to Acct #*******4222 | Bank Funds Transfer | 9999-000 | | 35,000.00 | 97,539.49 |
| 09/22/08 | 4 | Theodore v. Kasemir 1920 Keats Ln. Highland Park, IL 60035 | DISCOVERY SANCTIONS | 1290-000 | 1,000.00 | | 98,539.49 |
| 09/29/08 | | Transfer to Acct #*******4222 | Bank Funds Transfer | 9999-000 | | 42,000.00 | 56,539.49 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 12.26 | | 56,551.75 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 5.49 | | 56,557.24 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 4.63 | | 56,561.87 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 3.07 | | 56,564.94 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 0.96 | | 56,565.90 |
| 02/11/09 | 000201 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., SUITE 420 NEW ORLEANS, LA 70139 | TRUSTEE BOND BOND PREMIUM 2/2/09 | 2300-000 | | 48.57 | 56,517.33 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 0.87 | | 56,518.20 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 0.96 | | 56,519.16 |
| 04/10/09 | 5 | HARRIS BANK | SETTLEMENT Bank Serial #: 000000 | 1249-000 | 457,505.54 | | 514,024.70 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 21.40 | | 514,046.10 |
| 05/05/09 | | Transfer to Acct #*******4222 | Bank Funds Transfer FOR PAYMENT OF SEYFARTH'S FIRST INTERIM FEE APPLICATION | 9999-000 | | 130,000.00 | 384,046.10 |
| 05/05/09 | | Transfer to Acct #*******4222 | Bank Funds Transfer FOR PAYMENT OF SPECIAL COUNSEL FEES | 9999-000 | | 160,000.00 | 224,046.10 |
| 05/15/09 | 6 | LIBERTY SURPLUS INSURANCE CORP. | SETTLEMENT | 1249-000 | 3,700,000.00 | | 3,924,046.10 |

Ver: 16.02b

LFORM2T4

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-00592 -JBS |
|---|---|
| Case Name: | RESTAURANT DEVELOPMENT GROUP, INC. |
| Taxpayer ID No: | *******5613 |
| For Period Ending: | 05/17/11 |

| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4219  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | JPMORGAN CHASE BANK, N.A. | | | | | |
| 05/19/09 | | Transfer to Acct #*******4222 | Bank Funds Transfer | 9999-000 | | 1,295,000.00 | 2,629,046.10 |
| 05/29/09 | 7 | BAR LOUIE AMERICA, INC. | SETTLEMENT - FORBEARANCE INSTALLMEN | 1249-000 | 50,000.00 | | 2,679,046.10 |
| | | | Installment payment of Forbearance Amount from | | | | |
| | | | Settling Defendants, per Court Order dated 4/27/09 | | | | |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.090 | 1270-000 | 77.61 | | 2,679,123.71 |
| 06/08/09 | | Transfer to Acct #*******4222 | Bank Funds Transfer | 9999-000 | | 255,000.00 | 2,424,123.71 |
| 06/11/09 | | Transfer to Acct #*******4222 | Bank Funds Transfer | 9999-000 | | 17,500.00 | 2,406,623.71 |
| 06/23/09 | | Transfer to Acct #*******4222 | Bank Funds Transfer | 9999-000 | | 169,000.00 | 2,237,623.71 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.090 | 1270-000 | 179.15 | | 2,237,802.86 |
| 07/01/09 | 7 | BAR LOUIE AMERICA, INC. | SETTLEMENT - FORBEARANCE INSTALLMEN | 1249-000 | 50,000.00 | | 2,287,802.86 |
| | | | Installment payment of Forbearance Amount from | | | | |
| | | | Settling Defendants, per Court Order dated 4/27/09 | | | | |
| 07/02/09 | | Transfer to Acct #*******4222 | Bank Funds Transfer | 9999-000 | | 18,000.00 | 2,269,802.86 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.090 | 1270-000 | 172.80 | | 2,269,975.66 |
| 08/03/09 | 7 | BAR LOUIE AMERICA, INC. | SETTLEMENT - FORBEARANCE INSTALLMEN | 1249-000 | 50,000.00 | | 2,319,975.66 |
| | | | Installment payment of Forbearance Amount from | | | | |
| | | | Settling Defendants, per Court Order dated 4/27/09 | | | | |
| 08/04/09 | | Transfer to Acct #*******4222 | Bank Funds Transfer | 9999-000 | | 17,500.00 | 2,302,475.66 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.090 | 1270-000 | 175.36 | | 2,302,651.02 |
| 09/30/09 | 7 | BAR LOUIE AMERICA, INC. | SETTLEMENT - FORBEARANCE INSTALLMEN | 1249-000 | 50,000.00 | | 2,352,651.02 |
| | | | Installment payment of Forbearance Amount from | | | | |
| | | | Settling Defendants, per Court Order dated 4/27/09 | | | | |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.090 | 1270-000 | 170.33 | | 2,352,821.35 |
| 10/29/09 | | Transfer to Acct #*******4222 | Bank Funds Transfer | 9999-000 | | 1,800,000.00 | 552,821.35 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 165.12 | | 552,986.47 |
| 11/02/09 | 7 | BAR LOUIE AMERICA, INC. | SETTLEMENT - FORBEARANCE INSTALLMEN | 1249-000 | 50,000.00 | | 602,986.47 |
| | | | Installment payment of Forbearance Amount from | | | | |
| | | | Settling Defendants, per Court Order dated 4/27/09 | | | | |
| 11/02/09 | | Transfer to Acct #*******4222 | Bank Funds Transfer | 9999-000 | | 75,000.00 | 527,986.47 |
| 11/04/09 | | Transfer to Acct #*******4222 | Bank Funds Transfer | 9999-000 | | 17,500.00 | 510,486.47 |
| 11/09/09 | | Transfer to Acct #*******4222 | Bank Funds Transfer | 9999-000 | | 67,000.00 | 443,486.47 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 26.69 | | 443,513.16 |
| 12/01/09 | 7 | BAR LOUIE AMERICA, INC. | SETTLEMENT - FORBEARANCE INSTALLMEN | 1249-000 | 50,000.00 | | 493,513.16 |

LFORM2T4

Ver: 16.02b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

| Case No: | 07-00592 -JBS | | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Case Name: | RESTAURANT DEVELOPMENT GROUP, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4219  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5613 | | | |
| For Period Ending: | 05/17/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Installment payment of Forbearance Amount from Settling Defendants, per Court Order dated 4/27/09 | | | | |
| 12/03/09 | 7 | Transfer to Acct #*******4222 | Bank Funds Transfer | 9999-000 | | 17,500.00 | 476,013.16 |
| 12/30/09 | 7 | BL FINANCE, LLC | SETTLEMENT - FORBEARANCE AMOUNT | 1249-000 | 3,967,998.08 | | 4,444,011.24 |
| | | | Final  payment of Forbearance Amount from Settling Defendants, per Court Order dated 4/27/09 | | | | |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.090 | 1270-000 | 48.15 | | 4,444,059.39 |
| 01/11/10 | | LYNCH AND STERN LLP AND STETLER AND DUFFY LTD. | ATTORNEY FEES & EXPENSES FINAL INSTALLMENT PAYMENT TO SPECIAL COUNSEL OF CONTINGENCY FEES PURSUANT TO COURT ORDER DATED 4/27/09 | 3210-000 | | 1,388,799.33 | 3,055,260.06 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.090 | 1270-000 | 247.23 | | 3,055,507.29 |
| 02/05/10 | 000202 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND BLANKET BOND DISBURSEMENT | 2300-000 | | 2,610.34 | 3,052,896.95 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.090 | 1270-000 | 210.83 | | 3,053,107.78 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.090 | 1270-000 | 233.38 | | 3,053,341.16 |
| 04/02/10 | 8 | KONICEK & DILLON, P.C. | WITNESS FEE PAYMENT | 1290-000 | 25.00 | | 3,053,366.16 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.090 | 1270-000 | 225.86 | | 3,053,592.02 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.090 | 1270-000 | 233.40 | | 3,053,825.42 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.090 | 1270-000 | 225.91 | | 3,054,051.33 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.090 | 1270-000 | 233.45 | | 3,054,284.78 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.090 | 1270-000 | 233.46 | | 3,054,518.24 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.090 | 1270-000 | 225.95 | | 3,054,744.19 |
| 10/25/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 180.77 | | 3,054,924.96 |
| 10/25/10 | | Transfer to Acct #*******4222 | Final Posting Transfer | 9999-000 | | 3,054,924.96 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

| Case No: | 07-00592 -JBS | | | | | |
| Case Name: | RESTAURANT DEVELOPMENT GROUP, INC. | | | | | |

Trustee Name:      GUS A. PALOIAN, TRUSTEE
Bank Name:        BANK OF AMERICA, N.A.
Account Number / CD #:    *******4219  Money Market Account (Interest Earn

Exhibit 9

Taxpayer ID No:    *******5613
For Period Ending:  05/17/11

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account | *******4219 | | Balance Forward | 0.00 | | | |
| | | 13 | Deposits | 8,576,528.62 | 3 | Checks | 1,391,458.24 |
| | | 31 | Interest Postings | 3,354.58 | 0 | Adjustments Out | 0.00 |
| | | | | | 17 | Transfers Out | 7,188,424.96 |
| | | | Subtotal | $ 8,579,883.20 | | | |
| | | | | | | Total | $ 8,579,883.20 |
| | | 0 | Adjustments In | 0.00 | | | |
| | | 0 | Transfers In | 0.00 | | | |
| | | | Total | $ 8,579,883.20 | | | |

LFORM2T4

Ver: 16.02b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-00592 -JBS | Trustee Name: | GUS A. PALOIAN, TRUSTEE | Exhibit 9 |
|---|---|---|---|---|
| Case Name: | RESTAURANT DEVELOPMENT GROUP, INC. | Bank Name: | BANK OF AMERICA, N.A. | |
| | | Account Number / CD #: | *******4222  BofA Checking Account | |
| Taxpayer ID No: | *******5613 | | | |
| For Period Ending: | 05/17/11 | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/08/08 | | Transfer from Acct #*******4219 | Bank Funds Transfer | 9999-000 | 17,500.00 | | 17,500.00 |
| 08/08/08 | 002001 | Lynch & Stern LLP 150 S. Wacker Dr. Suite 2600 Chicago, IL 60606 | SPECIAL COUNSEL FEES Per Order 7/31/08 (1/2 of amount awarded, remainder paid to Stetler & Duffy) | 3210-600 | | 8,750.00 | 8,750.00 |
| 08/08/08 | 002002 | Stetler & Duffy, Ltd. 11 S. LaSalle St. Suite 1200 Chicago, IL 60603 | SPECIAL COUNSEL FEES Per Court order 7/31/08 (1/2 of awarded amount, remainder paid to Lynch & Stern) | 3210-600 | | 8,750.00 | 0.00 |
| 09/05/08 | | Transfer from Acct #*******4219 | Bank Funds Transfer | 9999-000 | 35,000.00 | | 35,000.00 |
| 09/05/08 | 002003 | Lynch & Stern, LLP 150 S. Wacker Dr. Suite 2600 Chicago, IL 60606 | SPECIAL COUNSEL FEES 1/2 of interim fees awarded pursuant to courts 9/4/08 order | 3210-600 | | 17,500.00 | 17,500.00 |
| 09/05/08 | 002004 | Stetler & Duffy, Ltd. 11 S. LaSalle St. Suite 1200 Chicago, IL 60603 | SPECIAL COUNSEL FEES 1/2 of interim fees awarded pursuant to Court order 9/4/08 | 3210-600 | | 17,500.00 | 0.00 |
| 09/29/08 | | Transfer from Acct #*******4219 | Bank Funds Transfer | 9999-000 | 42,000.00 | | 42,000.00 |
| 09/29/08 | 002005 | LYNCH & STERN LLP | SPECIAL COUNSEL FEES EXPENSES PAID TO L&S PURSUANT TO COURT ORDER DATED 9/23/08 | 3220-610 | | 22,070.60 | 19,929.40 |
| 09/29/08 | 002006 | STETLER AND DUFFY, LTD. | SPECIAL COUNSEL FEES EXPENSES PAID TO S&D PURSUANT TO COURT ORDER DATED 9/23/08 | 3220-610 | | 19,085.36 | 844.04 |
| 11/05/08 | 4 | COHON RAIZES & REGAL LLP | DISCOVERY SANCTIONS | 1290-000 | 1,000.00 | | 1,844.04 |
| 05/05/09 | | Transfer from Acct #*******4219 | Bank Funds Transfer FOR PAYMENT OF SEYFARTH'S FIRST INTERIM FEE APPLICATION | 9999-000 | 130,000.00 | | 131,844.04 |
| 05/05/09 | | Transfer from Acct #*******4219 | Bank Funds Transfer FOR PAYMENT OF SPECIAL COUNSEL FEES | 9999-000 | 160,000.00 | | 291,844.04 |
| 05/05/09 | 002007 | LYNCH & STERN LLP and STETLER & DUFFY, LTD. | SPECIAL COUNSEL FEES FOR PAYMENT OF SPECIAL COUNSEL | 3210-600 | | 160,126.94 | 131,717.10 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-00592 -JBS |
| Case Name: | RESTAURANT DEVELOPMENT GROUP, INC. |
| Taxpayer ID No: | *******5613 |
| For Period Ending: | 05/17/11 |

| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4222  BofA Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 05/05/09 | 002008 | SEYFARTH SHAW LLP | CONTINGENCY FEES PURSUANT TO COURT ORDER DATED 4/27/09 ATTORNEY FEES & EXPENSES PAYMENT OF FIRST INTERIM FEE APPLICATION PURSUANT TO ORDER DATED 5/1/2009 | | | 130,907.01 | 810.09 |
| | | | | Fees            124,679.50 | 3110-000 | | | |
| | | | | Expenses          6,227.51 | 3120-000 | | | |
| | 05/19/09 | | Transfer from Acct #*******4219 | Bank Funds Transfer | 9999-000 | 1,295,000.00 | | 1,295,810.09 |
| | 05/19/09 | 002009 | LYNCH & STERN LLP and STETLER & DUFFY , LTD. | SPECIAL COUNSEL FEES PROFESSIONAL COMPENSATION FOR PAYMENT OF SPECIAL COUNSEL CONTINGENCY FEES PURSUANT TO COURT ORDER DATED 4/27/09 | 3210-600 | | 1,295,000.00 | 810.09 |
| | 06/08/09 | | Transfer from Acct #*******4219 | Bank Funds Transfer | 9999-000 | 255,000.00 | | 255,810.09 |
| * | 06/08/09 | 002010 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES SUPPLEMENTAL FEES TO SEYFARTH SHAW LLP ($161,243.00) PURSUANT TO COURT ORDER DATED 6/8/09 | 3110-003 | | | 255,810.09 |
| * | 06/08/09 | 002010 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES CHECK AMOUNT NOT FILLED OUT | 3110-003 | | | 255,810.09 |
| | 06/08/09 | 002011 | GUS A. PALOIAN, TRUSTEE | TRUSTEE COMPENSATION FIRST INTERIM TRUSTEE FEE APPLICATION PURSUANT TO COURT ORDER DATED 6/8/09 | 2100-000 | | 92,869.60 | 162,940.49 |
| | 06/08/09 | 002012 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES SUPPLEMENTAL FEES TO SEYFARTH SHAW LLP ($161,243.00) PURSUANT TO COURT ORDER DATED 6/8/09 | 3110-000 | | 161,243.00 | 1,697.49 |
| | 06/11/09 | | Transfer from Acct #*******4219 | Bank Funds Transfer | 9999-000 | 17,500.00 | | 19,197.49 |
| | 06/11/09 | 002013 | LYNCH & STERN LLP and STETLER & DUFFY, LTD | SPECIAL COUNSEL FEES PROFESSIONAL COMPENSATION FOR PAYMENT OF SPECIAL COUNSEL CONTINGENCY FEES PURSUANT TO COURT ORDER DATED 4/27/09 | 3210-600 | | 17,500.00 | 1,697.49 |

LFORM2T4

Ver: 16.02b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-00592 -JBS | | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Case Name: | RESTAURANT DEVELOPMENT GROUP, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4222  BofA Checking Account |
| Taxpayer ID No: | *******5613 | | | |
| For Period Ending: | 05/17/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | PAYMENT OF FEES FOR JUNE, 2009 INSTALLMENT | | | | |
| 06/23/09 | | Transfer from Acct #*******4219 | Bank Funds Transfer | 9999-000 | 169,000.00 | | 170,697.49 |
| 06/23/09 | 002014 | STETLER & DUFFY, LTD | SPECIAL COUNSEL FEES | 3220-610 | | 76,341.83 | 94,355.66 |
| | | | EXPENSES PAID TO S&D PURSUANT TO COURT ORDER DATED 6/22/09 | | | | |
| 06/23/09 | 002015 | LYNCH & STERN, LLP | SPECIAL COUNSEL FEES | 3220-610 | | 93,066.17 | 1,289.49 |
| | | | EXPENSES PAID TO L&S PURSUANT TO COURT ORDER DATED 6/22/09 | | | | |
| 07/02/09 | | Transfer from Acct #*******4219 | Bank Funds Transfer | 9999-000 | 18,000.00 | | 19,289.49 |
| 07/02/09 | 002016 | LYNCH & STERN LLP and STETLER & DUFFY, LTD. | SPECIAL COUNSEL FEES | 3210-600 | | 17,500.00 | 1,789.49 |
| | | | PROFESSIONAL COMPENSATION FOR PAYMENT OF SPECIAL COUNSEL CONTINGENCY FEES PURSUANT TO COURT ORDER DATED 4/27/09 PAYMENT OF FEES FOR JULY INSTALLMENT | | | | |
| 08/04/09 | | Transfer from Acct #*******4219 | Bank Funds Transfer | 9999-000 | 17,500.00 | | 19,289.49 |
| 08/04/09 | 002017 | LYNCH & STERN LLP AND STETLER & DUFFY LTD. | SPECIAL COUNSEL FEES | 3210-600 | | 17,500.00 | 1,789.49 |
| | | | PROFESSIONAL COMPENSATION FOR PAYMENT OF SPECIAL COUNSEL CONTINGENCY FEES PURSUANT TO COURT ORDER DATED 4/27/09 PAYMENT OF FEES FOR AUGUST INSTALLMENT | | | | |
| 09/01/09 | 7 | BAR LOUIE AMERICA, INC. | SETTLEMENT | 1249-000 | 50,000.00 | | 51,789.49 |
| 09/04/09 | 002018 | LYNCH & STERN LLP AND STETLER & DUFFY LTD | SPECIAL COUNSEL FEES | 3210-600 | | 17,500.00 | 34,289.49 |
| | | | PROFESSIONAL COMPENSATION FOR PAYMENT OF SPECIAL COUNSEL CONTINGENCY FEES PURSUANT TO COURT ORDER DATED 4/27/09 PAYMENT OF FEES FOR SEPTEMBER INSTALLMENT | | | | |
| 10/02/09 | 002019 | LYNCH & STERN AND STETLER & DUFFY | SPECIAL COUNSEL FEES FOR PAYMENT OF SPECIAL COUNSEL | 3210-600 | | 17,500.00 | 16,789.49 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 8

| | |
|---|---|
| Case No: | 07-00592 -JBS |
| Case Name: | RESTAURANT DEVELOPMENT GROUP, INC. |
| Taxpayer ID No: | *******5613 |
| For Period Ending: | 05/17/11 |

| | |
|---|---|
| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4222  BofA Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/29/09 | | Transfer from Acct #*******4219 | CONTINGENCY FEES PURSUANT TO COURT ORDER DATED 4/27/09 Bank Funds Transfer | 9999-000 | 1,800,000.00 | | 1,816,789.49 |
| 10/29/09 | 002020 | EANET INC. | INTERIM DISTRIBUTION TO CREDITORS | 7100-000 | | 1,521.67 | 1,815,267.82 |
| 10/29/09 | 002021 | FAX FOODS | INTERIM DISTRIBUTION TO CREDITORS PURSUANT TO COURT ORDER DATED 10/08/2009 INTERIM DISTRIBUTION TO CREDITORS | 7100-000 | | 1,323.86 | 1,813,943.96 |
| 10/29/09 | 002022 | SERVICE CHECK INC. | INTERIM DISTRIBUTION TO CREDITORS PURSUANT TO COURT ORDER DATED 10/08/2009 INTERIM DISTRIBUTION TO CREDITORS | 7100-000 | | 16,447.61 | 1,797,496.35 |
| 10/29/09 | 002023 | 1530 SOUTH STATE, LLC | INTERIM DISTRIBUTION TO CREDITORS PURSUANT TO COURT ORDER DATED 10/08/2009 INTERIM DISTRIBUTION TO CREDITORS | 7100-000 | | 18,952.33 | 1,778,544.02 |
| 10/29/09 | 002024 | AARON & TRECKER | INTERIM DISTRIBUTION TO CREDITORS PURSUANT TO COURT ORDER DATED 10/08/2009 INTERIM DISTRIBUTION TO CREDITORS | 7100-000 | | 648.26 | 1,777,895.76 |
| 10/29/09 | 002025 | SCOTTSDALE FASHION SQUARE LLC | INTERIM DISTRIBUTION TO CREDITORS PURSUANT TO COURT ORDER DATED 10/08/2009 INTERIM DISTRIBUTION TO CREDITORS | 7100-000 | | 512,504.38 | 1,265,391.38 |
| 10/29/09 | 002026 | DEERFILED TOWNE CENTER HOLDING COMPANY | INTERIM DISTRIBUTION TO CREDITORS PURSUANT TO COURT ORDER DATED 10/08/2009 INTERIM DISTRIBUTION TO CREDITORS | 7100-000 | | 113,038.70 | 1,152,352.68 |
| 10/29/09 | 002027 | THE ROOKERY LLC | INTERIM DISTRIBUTION TO CREDITORS PURSUANT TO COURT ORDER DATED | 7100-000 | | 128,056.02 | 1,024,296.66 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 07-00592 -JBS | | | Trustee Name: | GUS A. PALOIAN, TRUSTEE | |
| Case Name: | RESTAURANT DEVELOPMENT GROUP, INC. | | | Bank Name: | BANK OF AMERICA, N.A. | Exhibit 9 |
| | | | | Account Number / CD #: | *******4222  BofA Checking Account | |
| Taxpayer ID No: | *******5613 | | | | | |
| For Period Ending: | 05/17/11 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/29/09 | 002028 | CITICORP VENDOR FINANCE | 10/08/2009<br>INTERIM DISTRIBUTION TO CREDITORS<br>INTERIM DISTRIBUTION TO CREDITORS<br>PURSUANT TO COURT ORDER DATED<br>10/08/2009 | 7100-000 | | 9,163.46 | 1,015,133.20 |
| 10/29/09 | 002029 | ABSOLUTELY FRESH SEAFOOD | INTERIM DISTRIBUTION TO CREDITORS<br>INTERIM DISTRIBUTION TO CREDITORS<br>PURSUANT TO COURT ORDER DATED<br>10/08/2009 | 7100-000 | | 3,539.39 | 1,011,593.81 |
| 10/29/09 | 002030 | CRESCENT HC INVESTORS | INTERIM DISTRIBUTION TO CREDITORS<br>INTERIM DISTRIBUTION TO CREDITORS<br>PURSUANT TO COURT ORDER DATED<br>10/08/2009 | 7100-000 | | 113,694.78 | 897,899.03 |
| 10/29/09 | 002031 | DICK CLARK RESTAURANTS, INC. | INTERIM DISTRIBUTION TO CREDITORS<br>INTERIM DISTRIBUTION TO CREDITORS<br>PURSUANT TO COURT ORDER DATED<br>10/08/2009 | 7100-000 | | 99,871.24 | 798,027.79 |
| 10/29/09 | 002032 | 600 GS PROP LP | INTERIM DISTRIBUTION TO CREDITORS<br>INTERIM DISTRIBUTION TO CREDITORS<br>PURSUANT TO COURT ORDER DATED<br>10/08/2009 | 7100-000 | | 237,252.67 | 560,775.12 |
| 10/29/09 | 002033 | FGR DILWORTH, LLC | INTERIM DISTRIBUTION TO CREDITORS<br>INTERIM DISTRIBUTION TO CREDITORS<br>PURSUANT TO COURT ORDER DATED<br>10/08/2009 | 7100-000 | | 91,953.77 | 468,821.35 |
| 10/29/09 | 002034 | SIXTH & NICOLLETT, LLC | INTERIM DISTRIBUTION TO CREDITORS<br>INTERIM DISTRIBUTION TO CREDITORS<br>PURSUANT TO COURT ORDER DATED<br>10/08/2009 | 7100-000 | | 28,875.53 | 439,945.82 |
| 10/29/09 | 002035 | NWD ARENA DISTRICT II LLC | INTERIM DISTRIBUTION TO CREDITORS<br>INTERIM DISTRIBUTION TO CREDITORS<br>PURSUANT TO COURT ORDER DATED<br>10/08/2009 | 7100-000 | | 119,287.60 | 320,658.22 |
| 10/29/09 | 002036 | DP8LLC (DIAMOND PROPERTIES) | INTERIM DISTRIBUTION TO CREDITORS | 7100-000 | | 140,848.22 | 179,810.00 |

LFORM2T4

Ver: 16.02b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 07-00592 -JBS | | | Trustee Name: | GUS A. PALOIAN, TRUSTEE | **Exhibit 9** |
| Case Name: | RESTAURANT DEVELOPMENT GROUP, INC. | | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | | Account Number / CD #: | *******4222  BofA Checking Account | |
| Taxpayer ID No: | *******5613 | | | | | |
| For Period Ending: | 05/17/11 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/29/09 | 002037 | DANIEL P. CASALE U/T #01-4328 | INTERIM DISTRIBUTION TO CREDITORS PURSUANT TO COURT ORDER DATED 10/08/2009 INTERIM DISTRIBUTION TO CREDITORS | 7100-000 | | 111,382.20 | 68,427.80 |
| 10/29/09 | 002038 | CITY CENTER RETAIL LIMITED PARTNERSHIP I | INTERIM DISTRIBUTION TO CREDITORS PURSUANT TO COURT ORDER DATED 10/08/2009 | 7100-000 | | 51,638.32 | 16,789.48 |
| 11/02/09 | | Transfer from Acct #*******4219 | Bank Funds Transfer | 9999-000 | 75,000.00 | | 91,789.48 |
| 11/02/09 | 002039 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES PAYMENT OF SECOND INTERIM FEE APPLICATION PURSUANT TO ORDER DATED 11/02/2009 | | | 75,042.24 | 16,747.24 |
| | | | Fees            73,488.50 | 3110-000 | | | |
| | | | Expenses     1,553.74 | 3120-000 | | | |
| 11/04/09 | | Transfer from Acct #*******4219 | Bank Funds Transfer | 9999-000 | 17,500.00 | | 34,247.24 |
| 11/04/09 | 002040 | LYNCH & STERN LLP AND STETLER & DUFFY LTD | SPECIAL COUNSEL FEES FOR PAYMENT OF SPECIAL COUNSEL CONTINGENCY FEES PURSUANT TO COURT ORDER DATED 4/27/09 NOVEMBER INSTALLMENT | 3210-600 | | 17,500.00 | 16,747.24 |
| 11/09/09 | | Transfer from Acct #*******4219 | Bank Funds Transfer | 9999-000 | 67,000.00 | | 83,747.24 |
| 11/09/09 | 002041 | GUS A. PALOIAN, TRUSTEE | TRUSTEE COMPENSATION PURSUANT TO ORDER ENTERED 11/5/09 | 2100-000 | | 67,191.00 | 16,556.24 |
| 12/03/09 | | Transfer from Acct #*******4219 | Bank Funds Transfer | 9999-000 | 17,500.00 | | 34,056.24 |
| 12/03/09 | 002042 | LYNCH AND STERN LLP AND STETLER AND DUFFY LTD | ATTORNEY FEES & EXPENSES FOR PAYMENT OF SPECIAL COUNSEL CONTINGENCY FEES PURSUANT TO COURT ORDER DATED 4/27/09 DECEMBER INSTALLMENT PAYMENT TO SPECIAL COUNSEL | 3210-600 | | 17,500.00 | 16,556.24 |

LFORM2T4

Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-00592 -JBS | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Case Name: | RESTAURANT DEVELOPMENT GROUP, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4222 BofA Checking Account |
| Taxpayer ID No: | *******5613 | | |
| For Period Ending: | 05/17/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

Exhibit 9

| | 1 | 2 | 3 | 4 | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 08/11/10 | 002043 | ILLINOIS DEPARTMENT OF REVENUE | 2008 TAX RETURN | | 6820-000 | | 1,026.00 | 15,530.24 |
| | 08/11/10 | 002044 | ILLINOIS DEPARTMENT OF REVENUE | 2009 TAX RETURN | | 6820-000 | | 1,537.00 | 13,993.24 |
| | 10/25/10 | | Transfer from Acct #*******4219 | Transfer In From MMA Account | | 9999-000 | 3,054,924.96 | | 3,068,918.20 |
| * | 12/16/10 | 002045 | Gus A. Paloian, Trustee | Claim TEE 3, Payment 100.00000% | | 2100-004 | | 122,103.69 | 2,946,814.51 |
| | | | 131 S. DEARBORN STREET | trustee fees | | | | | |
| | | | SUITE 2400 | | | | | | |
| | | | CHICAGO, ILLINOIS 60603 | | | | | | |
| * | 12/16/10 | 002045 | Gus A. Paloian, Trustee | Stop Payment Reversal | | 2100-004 | | -122,103.69 | 3,068,918.20 |
| | | | 131 S. DEARBORN STREET | STOP PAY ADD SUCCESSFUL | | | | | |
| | | | SUITE 2400 | | | | | | |
| | | | CHICAGO, ILLINOIS 60603 | | | | | | |
| | 12/16/10 | 002046 | SEYFARTH SHAW LLP | Claim ATTY3, Payment 100.00000% | | | | 18,320.86 | 3,050,597.34 |
| | | | | ATTORNEY FEES & EXPENSES | | | | | |
| | | | | THIRD AND FINAL FEE APPLICATION | | | | | |
| | | | | Fees | 17,658.00 | 3110-000 | | | |
| | | | | Expenses | 662.86 | 3120-000 | | | |
| | 12/16/10 | 002047 | POPOWCER KATTEN, LTD. | Claim ACCT, Payment 100.00000% | | 3410-000 | | 15,469.50 | 3,035,127.84 |
| | | | 35 E. WACKER DR., SUITE 1550 | ACCOUNTANT FEES | | | | | |
| | | | CHICAGO, IL 60601 | | | | | | |
| | 12/16/10 | 002048 | INTERNAL REVENUE SERVICE | Claim 000031A, Payment 100.00000% | | 5800-000 | | 1,246.00 | 3,033,881.84 |
| | 12/16/10 | 002049 | BELLMORE PARTNERS, INC. | Claim 000001, Payment 28.28847% | | 7100-000 | | 2,461.53 | 3,031,420.31 |
| | | | C/O JEFF FEIGELSON, ESQ. | INTERIM DISTRIBUTION TO CREDITORS | | | | | |
| | | | 303 N. TOWER HILL RD. | INTERIM DISTRIBUTION TO CREDITORS | | | | | |
| | | | WASSAIC, NY  12592 | PURSUANT TO COURT ORDER DATED | | | | | |
| | | | | 10/08/2009 | | | | | |
| | 12/16/10 | 002050 | FAX FOODS | Claim 000002, Payment 28.28845% | | 7100-000 | | 2,141.54 | 3,029,278.77 |
| | | | | INTERIM DISTRIBUTION TO CREDITORS | | | | | |
| | | | | INTERIM DISTRIBUTION TO CREDITORS | | | | | |
| | | | | PURSUANT TO COURT ORDER DATED | | | | | |
| | | | | 10/08/2009 | | | | | |
| | 12/16/10 | 002051 | SERVICE CHECK INC. | Claim 000003, Payment 28.28851% | | 7100-000 | | 26,606.57 | 3,002,672.20 |
| | | | | INTERIM DISTRIBUTION TO CREDITORS | | | | | |
| | | | | INTERIM DISTRIBUTION TO CREDITORS | | | | | |
| | | | | PURSUANT TO COURT ORDER DATED | | | | | |

LFORM2T4

Ver: 16.02b

Exhibit 9

| Case No: | 07-00592 -JBS |
|---|---|
| Case Name: | RESTAURANT DEVELOPMENT GROUP, INC. |

| Taxpayer ID No: | *******5613 |
|---|---|
| For Period Ending: | 05/17/11 |

| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4222  BofA Checking Account |

| Blanket Bond (per case limit): | $  5,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/16/10 | 002052 | 1530 SOUTH STATE, LLC | 10/08/2009 Claim 000004, Payment 28.28850% INTERIM DISTRIBUTION TO CREDITORS INTERIM DISTRIBUTION TO CREDITORS PURSUANT TO COURT ORDER DATED | 7100-000 | | 30,658.33 | 2,972,013.87 |
| 12/16/10 | 002053 | AARON & TRECKER | 10/08/2009 Claim 000005, Payment 28.28837% INTERIM DISTRIBUTION TO CREDITORS INTERIM DISTRIBUTION TO CREDITORS PURSUANT TO COURT ORDER DATED | 7100-000 | | 1,048.65 | 2,970,965.22 |
| 12/16/10 | 002054 | SCOTTSDALE FASHION SQUARE LLC | 10/08/2009 Claim 000008, Payment 28.28850% INTERIM DISTRIBUTION TO CREDITORS INTERIM DISTRIBUTION TO CREDITORS PURSUANT TO COURT ORDER DATED | 7100-000 | | 829,055.04 | 2,141,910.18 |
| 12/16/10 | 002055 | DEERFILED TOWNE CENTER HOLDING COMPANY | 10/08/2009 Claim 000010, Payment 28.28850% INTERIM DISTRIBUTION TO CREDITORS INTERIM DISTRIBUTION TO CREDITORS PURSUANT TO COURT ORDER DATED | 7100-000 | | 182,857.56 | 1,959,052.62 |
| 12/16/10 | 002056 | THE ROOKERY LLC c/o Gerald Lurie Chen Nelson Roberts, Ltd. 203 N. LaSalle St., 15th Floor Chicago, IL 60601-1263 | 10/08/2009 Claim 000011, Payment 28.28850% INTERIM DISTRIBUTION TO CREDITORS INTERIM DISTRIBUTION TO CREDITORS PURSUANT TO COURT ORDER DATED | 7100-000 | | 207,150.39 | 1,751,902.23 |
| 12/16/10 | 002057 | CITICORP VENDOR FINANCE | 10/08/2009 Claim 000012, Payment 28.28850% INTERIM DISTRIBUTION TO CREDITORS INTERIM DISTRIBUTION TO CREDITORS PURSUANT TO COURT ORDER DATED | 7100-000 | | 14,823.31 | 1,737,078.92 |
| 12/16/10 | 002058 | ABSOLUTELY FRESH SEAFOOD | 10/08/2009 Claim 000015, Payment 28.28848% INTERIM DISTRIBUTION TO CREDITORS INTERIM DISTRIBUTION TO CREDITORS | 7100-000 | | 5,725.50 | 1,731,353.42 |

LFORM2T4

Ver: 16.02b

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-00592 -JBS | Trustee Name: | GUS A. PALOIAN, TRUSTEE | Exhibit 9 |
| Case Name: | RESTAURANT DEVELOPMENT GROUP, INC. | Bank Name: | BANK OF AMERICA, N.A. | |
| | | Account Number / CD #: | *******4222 BofA Checking Account | |
| Taxpayer ID No: | *******5613 | | | |
| For Period Ending: | 05/17/11 | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/16/10 | 002059 | CRESCENT HC INVESTORS | PURSUANT TO COURT ORDER DATED 10/08/2009 Claim 000016, Payment 28.28850% INTERIM DISTRIBUTION TO CREDITORS | 7100-000 | | 183,918.87 | 1,547,434.55 |
| 12/16/10 | 002060 | DICK CLARK RESTAURANTS, INC. | INTERIM DISTRIBUTION TO CREDITORS PURSUANT TO COURT ORDER DATED 10/08/2009 Claim 000019, Payment 28.28850% | 7100-000 | | 161,557.16 | 1,385,877.39 |
| 12/16/10 | 002061 | 600 GS PROP LP | INTERIM DISTRIBUTION TO CREDITORS PURSUANT TO COURT ORDER DATED 10/08/2009 Claim 000020, Payment 28.28850% | 7100-000 | | 383,792.86 | 1,002,084.53 |
| 12/16/10 | 002062 | FGR DILWORTH, LLC | INTERIM DISTRIBUTION TO CREDITORS PURSUANT TO COURT ORDER DATED 10/08/2009 Claim 000021, Payment 28.28850% | 7100-000 | | 148,749.45 | 853,335.08 |
| 12/16/10 | 002063 | SIXTH & NICOLLETT, LLC | INTERIM DISTRIBUTION TO CREDITORS PURSUANT TO COURT ORDER DATED 10/08/2009 Claim 000022, Payment 28.28849% | 7100-000 | | 46,710.62 | 806,624.46 |
| 12/16/10 | 002064 | NWD ARENA DISTRICT II LLC | INTERIM DISTRIBUTION TO CREDITORS PURSUANT TO COURT ORDER DATED 10/08/2009 Claim 000025, Payment 28.28850% | 7100-000 | | 192,966.13 | 613,658.33 |
| 12/16/10 | 002065 | DP8LLC (DIAMOND PROPERTIES) | INTERIM DISTRIBUTION TO CREDITORS Claim 000026, Payment 28.28850% | 7100-000 | | 227,843.75 | 385,814.58 |

LFORM2T4

Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 07-00592 -JBS | | | Trustee Name: | GUS A. PALOIAN, TRUSTEE | |
| Case Name: | RESTAURANT DEVELOPMENT GROUP, INC. | | | Bank Name: | BANK OF AMERICA, N.A. | Exhibit 9 |
| | | | | Account Number / CD #: | *******4222 BofA Checking Account | |
| Taxpayer ID No: | *******5613 | | | | | |
| For Period Ending: | 05/17/11 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/16/10 | 002066 | DANIEL P. CASALE<br>215 MILLER ROAD<br>NORTH BARRINGTON, IL 60010-2100 | INTERIM DISTRIBUTION TO CREDITORS PURSUANT TO COURT ORDER DATED 10/08/2009<br>Claim 000029, Payment 28.28850% | 7100-000 | | 180,177.92 | 205,636.66 |
| * 12/16/10 | 002067 | CITY CENTER RETAIL LIMITED PARTNERSHIP I | INTERIM DISTRIBUTION TO CREDITORS PURSUANT TO COURT ORDER DATED 10/08/2009<br>Claim 000030, Payment 28.28850% | 7100-004 | | 83,532.97 | 122,103.69 |
| 12/21/10 | 002068 | Gus A. Paloian, Trustee<br>131 S. DEARBORN STREET<br>SUITE 2400<br>CHICAGO, ILLINOIS 60603 | INTERIM DISTRIBUTION TO CREDITORS PURSUANT TO COURT ORDER DATED 10/08/2009<br>TRUSTEE COMPENSATION PURSUANT TO COURT ORDER DATED 12/16/10<br>AWARDED TOTAL OF $122,103.69 | 2100-000 | | 69,974.50 | 52,129.19 |
| 04/08/11 | 002069 | Gus A. Paloian, Trustee<br>131 S. DEARBORN STREET<br>SUITE 2400<br>CHICAGO, ILLINOIS 60603 | TRUSTEE COMPENSATION PER FINAL REPORT, COURT ORDER DATED 12-16-10 | 2100-000 | | 52,129.19 | 0.00 |
| 04/19/11 | 002070 | CITY CENTER RETAIL LIMITED PARTNERSHIP I | Claim 000030, Payment 28.28850%<br>INTERIM DISTRIBUTION TO CREDITORS INTERIM DISTRIBUTION TO CREDITORS PURSUANT TO COURT ORDER DATED 10/08/2009<br>Second check. First check was held over 90 days, so we stopped payment. | 7100-000 | | 83,532.97 | -83,532.97 |
| * 04/20/11 | 002067 | CITY CENTER RETAIL LIMITED PARTNERSHIP I | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -83,532.97 | 0.00 |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-00592 -JBS | | Trustee Name: | GUS A. PALOIAN, TRUSTEE | Exhibit 9 |
|---|---|---|---|---|---|
| Case Name: | RESTAURANT DEVELOPMENT GROUP, INC. | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | Account Number / CD #: | *******4222  BofA Checking Account | |
| Taxpayer ID No: | *******5613 | | | | |
| For Period Ending: | 05/17/11 | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  | Account  *******4222 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | 2 | Deposits | 51,000.00 | 73 | Checks | 7,239,424.96 | |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 | |
| | | | | 0 | Transfers Out | 0.00 | |
| | | Subtotal | $  51,000.00 | | | | |
| | | | | | Total | $  7,239,424.96 | |
| | 0 | Adjustments In | 0.00 | | | | |
| | 17 | Transfers In | 7,188,424.96 | | | | |
| | | Total | $  7,239,424.96 | | | | |

| Report Totals | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 15 | Deposits | 8,627,528.62 | 76 | Checks | 8,630,883.20 | |
| 31 | Interest Postings | 3,354.58 | 0 | Adjustments Out | 0.00 | |
| | | | 17 | Transfers Out | 7,188,424.96 | |
| | Subtotal | $  8,630,883.20 | | | | |
| | | | | Total | $  15,819,308.16 | |
| 0 | Adjustments In | 0.00 | | | | |
| 17 | Transfers In | 7,188,424.96 | | | | |
| | Total | $  15,819,308.16 | | Net Total Balance | $         0.00 | |

LFORM2T4                                                                                                    Ver: 16.02b